Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*, <br><br> Plaintiff, <br><br> vs. <br><br> SYNTRONIC AB, *a Publikt Aktiebolag*, SYNTRONIC RESEARCH AND DEVELOPMENT USA INC., *a California Corporation*, SYNTRONIC (BEIJING) TECHNOLOGY R&D CENTER CO., LTD., *a Chinese Corporation*, <br><br> Defendants. | Case No. 3:21-cv-03610-SI <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING RE DEFENDANTS' MOTION TO DISMISS (DKT. NO. 12)** <br><br> Judge:   Hon. Susan Illston |

WHEREAS, Plaintiff Cadence Design Systems, Inc. ("Cadence") filed its Complaint against Defendants Syntronic AB, Syntronic Research and Development USA, Inc., and Syntronic (Beijing) Technology R&D Center Co., Ltd. (collectively, "Defendants") on May 13, 2021 (Dkt. No. 1);

WHEREAS, Defendants filed a Motion to Dismiss on July 8, 2021 with respect to Plaintiff's May 13, 2021 Complaint (Dkt. No. 12);

WHEREAS, Cadence's opposition to Defendants' Motion to Dismiss is due on July 22, 2021;

WHEREAS, Cadence intends to file an amended Complaint to supersede its May 13, 2021 Complaint pursuant to Fed. R. Civ. P. 15(a)(1);

WHEREAS, Cadence and Defendants agree that a two-week extension to Cadence's opposition to Defendants' Motion to Dismiss would be appropriate so that Cadence can file its amended Complaint and the parties can further confer regarding Defendants' Motion to Dismiss;

THEREFORE, it is hereby agreed and stipulated by and among the Parties, with the Court's consent, as follows:

1. The last day for Cadence to file its opposition to Defendants' Motion to Dismiss is continued from July 22, 2021 to August 5, 2021.

2. If Plaintiff fails to file an Amended Complaint and instead Opposes the Motion to Dismiss the last day for Defendants to file any reply in support of their Motion to Dismiss will be continued from July 29, 2021 to August 12, 2021.

3. If Plaintiff fails to file an Amended Complaint and instead Opposes the Motion to Dismiss the hearing on Defendants' Motion to Dismiss shall be continued from 10:00 AM on August 13, 2021 to 10:00 AM on August 27, 2021.

4. This Stipulation does not affect any other dates ordered by the Court or agreed to by the parties.

IT IS SO STIPULATED AND REQUESTED.

DATED: July 20, 2021   By:  /s/ Steve Papazian
Guy Ruttenberg
Steve Papazian
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
steve@ruttenbergiplaw.com
*Attorney for Plaintiff*

DATED: July 20, 2021   By:  /s/ Jason N. Haycock
Edward P. Sangster,
edward.sangster@klgates.com
Jason N. Haycock,
jason.haycock@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Jeffrey C. Johnson
jeff.johnson@klgates.com
Paul J. Bruene,
paul.bruene@klgates.com
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: + 1 206 623 7580
Facsimile: + 1 206 623 7022

*Attorneys for Defendants Syntronic AB, Syntronic Research and Development USA Inc., and Syntronic (Beijing) Technology R&D Center Co., LTD.*

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE BRIEFING AND HEARING RE MOTION TO DISMISS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____     _____
                                    Hon. Susan Illston
                                    United States District Judge