EDWARD P. SANGSTER, Bar No. 121041
edward.sangster@klgates.com
JASON N. HAYCOCK, Bar No. 278983
jason.haycock@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

JEFFREY C. JOHNSON, *pro hac vice* to be submitted
jeff.johnson@klgates.com
PAUL J. BRUENE, *pro hac vice* to be submitted
paul.bruene@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: + 1 206 623 7580
Facsimile: + 1 206 623 7022

*Attorneys for Defendants Syntronic AB, Syntronic Research and Development USA Inc., and Syntronic (Beijing) Technology R&D Center Co., LTD.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation,*

Plaintiff,

v.

SYNTRONIC AB, *a Publikt Aktiebolag,* SYNTRONIC RESEARCH AND DEVELOPMENT USA INC., *a California Corporation*, SYNTRONIC (BEIJING) TECHNOLOGY R&D CENTER CO., LTD., *a Chinese Corporation,*

Defendants.

Case No. 5:21-cv-3610-SI

**DECLARATION OF BJÖRN JANSSON ON BEHALF OF SYNTRONIC AB IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Judge: Hon. Susan Illston
Hearing Date: August 13, 2021
Hearing Time: 10:00 a.m.
San Francisco Courthouse, Courtroom 1, 17th Floor

I, Björn Jansson, declare as follows:

1. I am the President and Chief Executive Officer for Syntronic AB. I submit this declaration in support of Defendants' motion to dismiss. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. Syntronic AB is a Swedish privat aktiebolag, organized under the laws of Sweden, and formed in 1983. Attached hereto as **Exhibit 1** is a true and correct copy of Syntronic AB's Articles of Incorporation.

3. Syntronic AB maintains its principal place of business at Utmarksvägen 33C, 802 91 Gävle, Sweden. Neither Syntronic Research and Development USA Inc. ("Syntronic USA") nor Syntronic (Beijing) Technology R&D Center Co., LTD ("Syntronic Beijing") use this office for any aspect of their operations. There are no other offices that Syntronic AB shares with either Syntronic USA or Syntronic Beijing. Syntronic AB has no office in the United States, and it does not lease or own property in the United States.

4. Syntronic AB's general business is providing certain software and electronic design services within Sweden and Europe and it operates separately and independently from Syntronic USA and Syntronic Beijing.

5. Syntronic AB does not conduct business in the United States. It does not sell products or provide services in the United States. Syntronic AB is not registered to do business in any state within the United States.

6. Syntronic AB has never initiated any lawsuit in the United States.

7. Syntronic AB is the parent company of Syntronic USA and Syntronic Beijing.

8. Syntronic AB's board has three directors: myself, Per-Erik Högblom, and Monica Jansson. I am also on the board of directors for Syntronic USA and Syntronic Beijing. Monica Jansson is on the board of directors for Syntronic Beijing. However, none of Syntronic AB's directors is an officer of Syntronic USA or Syntronic Beijing. None of Syntronic AB's officers is an officer of either Syntronic USA or Syntronic Beijing, and none of Syntronic USA's or Syntronic Beijing's officers is an officer or director of Syntronic AB.

9. Syntronic AB employs approximately twenty-five employees. Syntronic AB maintains its own payroll and pays its employees out of its own accounts. Syntronic AB alone is responsible for paying its employees. Neither Syntronic USA nor Syntronic Beijing pays the salaries of any Syntronic AB employee, and Syntronic AB does not pay the salary of any employee of Syntronic USA or Syntronic Beijing. Moreover, not one of Syntronic AB's employees is also an employee of either Syntronic USA or Syntronic Beijing.

10. Syntronic AB maintains its own independent bank account in Sweden. The only persons with access to that account are Syntronic AB board members.

11. Syntronic AB does not comingle any of its funds with the funds of Syntronic USA or Syntronic Beijing. In fact, there is not even a single account to which Syntronic AB has access and to which either Syntronic USA or Syntronic Beijing also has access.

12. Syntronic AB does not have a bank account in the United States or in China.

13. Syntronic AB maintains and respects corporate formalities. It adopted and follows Bylaws. It holds regular meetings of its board of directors and maintains a corporate minutes book containing the written minutes of its proceedings. These books and records are kept and maintained separate and apart from the books and records of Syntronic USA and Syntronic Beijing.

14. Even though Syntronic AB is the parent company of Syntronic USA and Syntronic Beijing, it has no involvement in the day-to-day operations of those entities. The management and executives of Syntronic USA and Syntronic Beijing are solely responsible for conducting and managing their daily operations, including all hiring and firing decisions.

15. Since its incorporation and at all subsequent times in conducting its operations over nearly forty years, Syntronic AB maintained and maintains adequate capital to meet its obligations in the ordinary course of its business. Moreover, the value of Syntronic AB's assets exceeds its current liabilities.

16. Syntronic AB has its financial information regularly audited by an independent accounting firm. For company-level auditing and accounting, Syntronic AB uses a separate accounting firm from the firms used by Syntronic USA or Syntronic Beijing.

17. Syntronic AB does not hold itself out as being liable for the debts and obligations of either Syntronic USA or Syntronic Beijing. Likewise, neither Syntronic USA nor Syntronic Beijing holds itself out as liable for the debts and obligations of Syntronic AB.

18. There are no indemnity or guarantee agreements between Syntronic AB and either Syntronic USA or Syntronic Beijing.

19. Syntronic AB has provided only one loan Syntronic USA to assist with cash-flow during the pandemic. That loan was fully documented in a written and executed loan agreement and recorded on Syntronic AB's books.

20. Any loans from Syntronic AB to Syntronic Beijing were properly documented either in loan agreements, inter-company accounts, books and records, and/or financial statements.

21. After conducting a diligent search and investigation, Syntronic AB was unable to locate evidence that it entered into, "clicked," or signed the click-wrap Software License and Maintenance Agreements (SLMA), attached as Exhibits 1 and 2 to the Second Amended Complaint.

22. Syntronic AB is unable to locate evidence that any employee with authorization and authority to bind the company entered into or signed the click-wrap SLMAs, attached as Exhibits 1 and 2 to the Second Amended Complaint.

23. Syntronic AB adheres to an IT/Information Security Policy that expressly prohibits its employees from using unlicensed software or using cracked licenses. To obtain access to software, employees must first seek approval. No Syntronic AB employee has sought and received approval to license and/or use any Cadence software at issue in the Second Amended Complaint.

24. Syntronic AB has no designated agent for service in the United States, and it has not designated or authorized Syntronic USA as an agent for service. Syntronic USA does not act as an agent for Syntronic AB in any capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 8, 2021

Björn Jansson

# EXHIBIT 1



851 81 Sundsvall
0771-670 670
www.bolagsverket.se

# REGISTRERINGSBEVIS

## AKTIEBOLAG



| Organisationsnummer 556247-3305 | |
|---|---|
| Objektets registreringsdatum 1984-11-02 | Företagsnamnets registreringsdatum 1984-11-02 |
| Dokumentet nedladdat 2021-06-16 | Dokumentet visar senaste registreringen 2019-06-10 |

| | |
|---|---|
| Org.nummer: | 556247-3305 |
| Företagsnamn: | Syntronic Aktiebolag |
| Adress: | Box 965<br>801 33 GÄVLE |
| Säte: | Gävleborgs län, Gävle kommun |
| Registreringslän: | |
| Anmärkning: | |

BOLAGSVERKET · SWEDISH COMPANIES REGISTRATION OFFICE

**Detta är ett privat aktiebolag.**

**BILDAT DATUM**
1984-03-01

**SAMMANSTÄLLNING AV AKTIEKAPITAL**

Aktiekapital: 3.000.000 SEK
Lägst.......: 3.000.000 SEK
Högst.......: 12.000.000 SEK

Antal aktier: 30.000
Lägst.......: 0
Högst.......: 0

**STYRELSELEDAMOT, VERKSTÄLLANDE DIREKTÖR, ORDFÖRANDE**
590416-6310 Jansson, Björn Lennart Christer, Länsmansvägen 6, 811 35 SANDVIKEN

**STYRELSELEDAMÖTER**
590406-7518 Högblom, Per Erik, Klangvägen 73, 811 32 SANDVIKEN
570727-2786 Jansson, Monica Elisabeth, Länsmansvägen 6, 811 35 SANDVIKEN

**REVISOR(ER)**
556356-9382 Grant Thornton Sweden AB, Box 7623, 103 94 STOCKHOLM
Representeras av: 631031-1417

**HUVUDANSVARIG REVISOR**
631031-1417 Holmgren, Jan Thomas, Grant Thornton, Box 6128, 800 06 GÄVLE



851 81 Sundsvall
0771-670 670
www.bolagsverket.se

# REGISTRERINGSBEVIS

## AKTIEBOLAG



| Organisationsnummer | |
|---|---|
| 556247-3305 | |
| Objektets registreringsdatum | Företagsnamnets registreringsdatum |
| 1984-11-02 | 1984-11-02 |
| Dokumentet nedladdat | Dokumentet visar senaste registreringen |
| 2021-06-16 | 2019-06-10 |

**FIRMATECKNING**

Firman tecknas av styrelsen
Firman tecknas var för sig av
Jansson, Björn Lennart Christer
Jansson, Monica Elisabeth

**FÖRESKRIFT OM ANTAL STYRELSELEDAMÖTER/STYRELSESUPPLEANTER**

Styrelsen skall bestå av lägst 1 och högst 5 ledamöter med högst 5 suppleanter.

**BOLAGSORDNING**

Datum för senaste ändringen: 1999-10-29

**FÖRBEHÅLL/AVVIKELSER/VILLKOR I BOLAGSORDNINGEN**

Avvikelse avseende rösträtt
Hembudsförbehåll

**VERKSAMHET**

Bolaget skall bedriva konsultation, utveckling, tillverkning och försäljning av varor och tjänster inom dataelektronik samt idka därmed förenlig verksamhet.

**RÄKENSKAPSÅR**

0501 - 0430

**KALLELSE**

Kallelse sker genom brev med posten.

Registreringsbeviset är skapat av Bolagsverket.

BOLAGSVERKET SWEDISH COMPANIES REGISTRATION OFFICE