# Exhibit A



What we do ⌄    About us ⌄    Career    Contact us    News

   



# PCB Layout Engineer

    Beijing    Expires on 2021-08-09

We are expanding our team in China and are looking for highly motivated PCB Layout engineers to work with development of radio base station units. You will work with PCB layout design in maintenance and development projects of products and systems. The position also involves a responsibility to ensuring optimal design for performance, reliability and cost. You should obtain and maintain a wide knowledge of ECAD development environment and methodologies used within our R&D Centers and the global organization.

**Responsibilities**

- Participate in projects as a resource of electrical layout design
- Secure performance and development time of PCB.
- Document designs in accordance with HWDP (Hardware Development Process).
- Is expected to recommend improvements, such as, but not limited to:
    - Cost reduction of products
    - Improvement of methods and tools for the early design phases.
- Understand manufacturing process of PCB.
- Is expected to drive PCB external and internal reviews in projects.
- Be able to discuss requirements with customers and PCB supplier.
- Follow up new technology development in the PCB area and share it with the team.

**Qualifications**

- Minimum bachelor degree with a major in electrical engineering is required.
- A minimum of 3 years' experience from analog design and digital PCB design.
- Proven skills in Cadence Allegro for creating layouts.
- A good team player with great communication skill.
- Fluent in English, spoken and written.
- Well organized and creative.
- Result oriented and good ability of initiative.
- Self-motivated with positive personality.

**Application**

We look forward to your application, click on the apply button below to submit.

**What we do**

Syntronic provides our customers a complete portfolio of professional services to support their product development including research & development, new product introduction, manufacturing and aftermarket services. We adopt the latest technologies in electronics design and software development with a pool of technically skilled staff around the world. Among our customers and partners are some of the world's most technically-intensive businesses and organizations. This pushes us forward in designing to satisfy our customers' needs with a focus on quality, competence, capacity and continuity.

Apply for job

Posted in .

**CONTACT**

Region Office AMERICAS
info.americas@syntronic.com

Region Office APAC
info.apac@syntronic.com

Region Office EMEA
info.emea@syntronic.com

**NEWS**

**POLICIES**

**CAREER**








