UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> v. <br> SYNTRONIC AB, et al., <br> Defendants. | Case No. 21-cv-03610-SI <br><br> **ORDER RE DISCOVERY DISPUTE NO. 1: GRANTING MOTION TO STAY** <br> Re: Dkt. No. 40 |

On August 20, 2021, Syntronic AB and Syntronic (Beijing) Technology R&D Center, Co., filed a "statement" seeking imposition of a protective order – essentially a discovery stay – pending resolution of their motion to quash service and motion to dismiss now set to be heard on September 17, 2021.[1] Dkt. No. 40. With respect to Syntronic Beijing, the parties dispute whether service has been completed and whether this Court has personal jurisdiction. See Dkt. No. 22 (Plaintiff's Motion for Alternate Service); Dkt. No. 32 (Motion to Quash Service of Summons and Dismiss First Amended Complaint).

The parties have not yet had their first case management conference and, presumably, have not served their Rule 26(f) disclosures – no 26(f) report has been filed with the Court. Pursuant to this Court's May 5, 2021 Initial Case Management Scheduling Order, the deadline to file the Rule 26(f) report is September 10 – seven days before the first case management conference. See Dkt. No. 5. "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)[.]" FRCP 26(d). The parties have not served their initial disclosures nor

---

[1] The Court would like to note its disappointment with all parties for their failure to comply with this Court's standing order regarding discovery disputes. In the future, discovery disputes should be presented as a joint letter brief not to exceed 5 pages before any formal motion is filed.

filed their 26(f) report and, therefore, pursuant to the Federal Rules, discovery is not yet open.

As such, combined with the issues around service and jurisdiction, the Court hereby GRANTS defendants' request for a discovery stay until the September 17, 2021 hearing. If specific jurisdictional discovery is required, that issue will be considered at that time.

**IT IS SO ORDERED**.

Dated: August 30, 2021

_____
SUSAN ILLSTON
United States District Judge