**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** 21-cv-03610-SI (JCS) | **Case Name:** Cadence Design Systems, Inc. v. Syntronic AB | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: April 15, 2022 | **Time:** 55 M (9:35-10:30) |

**Attorney for Plaintiff:** Steve Papazian, Guy Ruttenberg
**Attorney for Defendant:** Wendy Wang, Miguel Bombach for Syntronic (Beijing); Jason Haycock, Ed Sangster for Syntronic AB & Syntronic R&D

**Deputy Clerk:** Karen Hom          **Court Reporter:** Ruth Levine Ekhaus

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Discovery Hearing re: Redacted Letter Brief [dkt 98] - Granted
2. Discovery Letter Brief [dkt 109- Granted in part, denied in part

<u>**ORDERED AFTER HEARING**</u>

As to Defendants' Joint Letter Brief to Compel Further Responses to Rog 2 (dkt 98) – the motion is GRANTED, except as to the 36 categories for which there is no data.

As to the Joint Letter Brief to Enforce Its February 4, 2022, and March 3, 2022 Orders (dkt 109)– the motion is GRANTED IN PART, DENIED IN PART as follows:

1. As to the 24 computers that were identified in the phone home reports and which are in the custody of defendants in China, defendants shall comply with the Court's prior orders and those computers shall be delivered to the United States and produced for inspection no later than April 29, 2022.
2. As to the 5 computers that are the personal computers of defendants' employees but which connected to the work network and have been identified by defendants, the defendants shall comply in full with the Court's prior orders not later than April 29,2022.
3. As to all computers identified by the phone home reports, defendants shall provide the full legal names of the users of those computers, and the specific job title of those users not later than April 29, 2022.
4. All remaining production of documents and information sought by Plaintiff's first Request for Production of Documents shall be produced no later than June 5, 2022. Production of documents in response to the remaining requests for production of documents shall be completed by June 19, 2022.
5. Except as specified in this Order the remaining relief requested is DENIED without prejudice should additional information be discovered that would be relevant to the court's decision.