UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SYNTRONIC AB, et al., <br><br> Defendants. | Case No.   21-cv-03610-SI  (SI) <br><br> **AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/7/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  8/10/2022.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/14/2022.

DESIGNATION OF EXPERTS: 11/21/2022; REBUTTAL: 1/11/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/13/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by: 3/17/2023;
    Opp. Due: 3/31/2023; Reply Due: 4/7/2023;
    and set for hearing no later than 4/21/2023 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 5/10/2023;
PRETRIAL CONFERENCE DATE: 6/14/2023 at 3:30 PM.

TRIAL DATE: 7/24/2023 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be **10** days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 27, 2022

_____
SUSAN ILLSTON
United States District Judge