UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNTRONIC AB, et al., <br><br> Defendants. | Case No. 21-cv-03610-SI (JCS) <br><br> **ORDER DECLINING TO IMPOSE SANCTIONS** <br><br> Re: Dkt. No. 174 |

The Court previously ordered the parties in this case to show cause why each side should not be sanctioned $1,000 as a result of a discovery letter that Plaintiff filed unilaterally after Defendants failed to provide their portion. Dkt. 174. The Court has reviewed the parties' responses (dkts. 177, 178) and declines to sanction any party at this time. It remains clear that the unilateral letter arose from a breakdown of clear communication, good faith negotiation, and the collaborative approach to discovery disputes required by this Court's standing order. The parties are admonished that future failures to comply with this Court's procedures and negotiate in good faith may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 16, 2022

JOSEPH C. SPERO
Chief Magistrate Judge