Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

**(Counsel for Defendants listed on following page)**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>SYNTRONIC AB, *a Publikt Aktiebolag*, SYNTRONIC RESEARCH AND DEVELOPMENT USA INC., *a California Corporation*, SYNTRONIC (BEIJING) TECHNOLOGY R&D CENTER CO., LTD., *a Chinese Corporation*,<br><br>Defendants. | Case No. 3:21-cv-03610-SI (JCS)<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL CURRENT AND PENDING DEADLINES BY THIRTY (30) DAYS**<br><br>District Judge: Hon. Susan Illston |

Edward P. Sangster, SBN: 121041
edward.sangster@klgates.com
Jason N. Haycock, SBN: 278983
jason.haycock@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Jeffrey C. Johnson
jeff.johnson@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: + 1 206 623 7580
Facsimile: + 1 206 623 7022

*Attorneys for Defendants Syntronic AB and Syntronic Research and Development USA Inc.*

Chao "Wendy" Wang, Bar No. 289325
WWang@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
Miguel J. Bombach, Bar No. 274287
MBombach@perkinscoie.com
Abigail A. Gardner, Bar No. 334598
AGardner@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

*Attorneys for Defendant Syntronic (Beijing) Technology R&D Center Co., LTD.*

Plaintiff Cadence Design Systems, Inc. ("Cadence"), along with Defendants Syntronic AB, Syntronic Research and Development USA Inc. ("Syntronic USA"), Syntronic (Beijing) Technology R&D Center Co. Ltd. ("Syntronic Beijing") (collectively "Defendants," and together with Cadence, the "Parties") hereby notify the Court that they have reached a binding settlement agreement and stipulate as follows:

WHEREAS, the Parties have reached agreement on terms to settle the entirety of the case;

WHEREAS, on October 13, 2022, the Parties entered a binding term sheet;

WHEREAS, as part of and to effectuate the terms of their settlement agreement, the Parties seek to stay for thirty (30) days all current and pending deadlines; and

WHEREAS the Parties expect to file a joint stipulation of dismissal without prejudice within the next 30 days.

THEREFORE, it is hereby agreed and stipulated by and among the Parties, with the Court's consent, as follows:

1. The matter shall be stayed as to all current and pending deadlines for thirty (30) days, to November 14, 2022.[1]

2. The status conference scheduled for October 14, 2022, shall be continued to November 18, 2022, with the expectation that it will vacated by the filing of a stipulation for dismissal.

IT IS SO STIPULATED AND REQUESTED.

DATED: October 13, 2022          By: /s/ Guy Ruttenberg
                                 Guy Ruttenberg
                                 guy@ruttenbergiplaw.com
                                 Steve Papazian
                                 steve@ruttenbergiplaw.com
                                 RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
                                 1801 Century Park East, Suite 1920
                                 Los Angeles, CA 90067
                                 Telephone: (310) 627-2270

---

[1] Thirty days from October 13, 2022, is November 12, 2022, a Saturday, and the next business day is November 14, 2022.

|   |   |   |
|---|---|---|
| 1 |   | Facsimile: (310) 627-2260 |
| 2 |   | *Attorneys for Plaintiff* |
| 3 | DATED: October 13, 2022 | By: */s/ Jason N. Haycock* |
| 4 |   | Edward P. Sangster |
|   |   | edward.sangster@klgates.com |
| 5 |   | Jason N. Haycock, |
|   |   | jason.haycock@klgates.com |
| 6 |   | K&L Gates LLP |
|   |   | Four Embarcadero Center, Suite 1200 |
| 7 |   | San Francisco, CA 94111 |
|   |   | Telephone: +1 415 882 8200 |
|   |   | Facsimile: +1 415 882 8220 |

DATED: October 13, 2022   By: */s/ Jason N. Haycock*

Edward P. Sangster
edward.sangster@klgates.com
Jason N. Haycock,
jason.haycock@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Jeffrey C. Johnson
jeff.johnson@klgates.com
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: + 1 206 623 7580
Facsimile: + 1 206 623 7022

*Attorneys for Defendants Syntronic AB and Syntronic Research and Development USA Inc.*

DATED: October 13, 2022   By: */s/ Chao "Wendy" Wang*

Chao "Wendy" Wang
WWang@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650-838-4315
Facsimile: 650-838-4350

Matthew C. Bernstein
MBerstein@perkinscoie.com
Miguel J. Bombach
MBombach@perkinscoie.com
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: 858-720-5700

*Attorneys for Defendant Syntronic (Beijing) Technology R&D Center Co., LTD.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. Judge Susan Illston
                                        United States District Judge