1  Guy Ruttenberg, Bar No. 207937
   guy@ruttenbergiplaw.com
2  Steve A. Papazian, Bar No. 288097
   steve@ruttenbergiplaw.com
3  RUTTENBERG IP LAW,
   A PROFESSIONAL CORPORATION
4  1801 Century Park East, Suite 1920
   Los Angeles, CA 90067
5  Telephone: (310) 627-2270
   Facsimile: (310) 627-2260
6
7  *Attorneys for Plaintiff Cadence Design Systems, Inc.*

   **(Counsel for Defendants listed on following page)**
8

9               UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

| 13 | CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*, | Case No. 3:21-cv-03610-SI (JCS) |
|---|---|---|
| 14 | | |
| 15 | Plaintiff, | **JOINT NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL** |
| 16 | vs. | |
| 17 | SYNTRONIC AB, *a Publikt Aktiebolag*, SYNTRONIC RESEARCH AND DEVELOPMENT USA INC., *a California Corporation*, SYNTRONIC (BEIJING) TECHNOLOGY R&D CENTER CO., LTD., *a Chinese Corporation*, | District Judge: Hon. Susan Illston |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

1 | Edward P. Sangster, SBN: 121041
edward.sangster@klgates.com
2 | Jason N. Haycock, SBN: 278983
jason.haycock@klgates.com
3 | K&L GATES LLP
Four Embarcadero Center, Suite 1200
4 | San Francisco, CA 94111
Telephone: +1 415 882 8200
5 | Facsimile: +1 415 882 8220

6 | Jeffrey C. Johnson
jeff.johnson@klgates.com
7 | K&L GATES LLP
925 Fourth Avenue, Suite 2900
8 | Seattle, WA 98104
Telephone: + 1 206 623 7580
9 | Facsimile: + 1 206 623 7022

10 | *Attorneys for Defendants Syntronic AB and Syntronic Research and Development USA Inc.*

11 | Chao "Wendy" Wang, Bar No. 289325
WWang@perkinscoie.com
12 | PERKINS COIE LLP
3150 Porter Drive
13 | Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
14 | Facsimile: +1.650.838.4350

15 | Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
16 | Miguel J. Bombach, Bar No. 274287
MBombach@perkinscoie.com
17 | Abigail A. Gardner, Bar No. 334598
AGardner@perkinscoie.com
18 | PERKINS COIE LLP
11452 El Camino Real, Ste 300
19 | San Diego, California 92130-2080
Telephone: +1.858.720.5700
20 | Facsimile: +1.858.720.5799

21 | *Attorneys for Defendant Syntronic (Beijing) Technology R&D Center Co., LTD.*

22
23
24
25
26
27
28

1                                            3:21-cv-03610-SI
JOINT NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cadence Design Systems, Inc. ("Cadence"), along with Defendants Syntronic AB, Syntronic Research and Development USA Inc. ("Syntronic USA"), Syntronic (Beijing) Technology R&D Center Co. Ltd. ("Syntronic Beijing") (collectively "Defendants," and together with Cadence, the "Parties"), hereby jointly stipulate that this action be dismissed in its entirety *without prejudice*, with each party to bear its own attorneys' fees, costs, and expenses.

DATED: November 9, 2022        By: */s/ Guy Ruttenberg*
Guy Ruttenberg
guy@ruttenbergiplaw.com
Steve Papazian
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
*Attorneys for Plaintiff*

DATED: November 9, 2022        By: */s/ Jason N. Haycock*
Edward P. Sangster
edward.sangster@klgates.com
Jason N. Haycock,
jason.haycock@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Jeffrey C. Johnson
jeff.johnson@klgates.com
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: + 1 206 623 7580
Facsimile: + 1 206 623 7022

*Attorneys for Defendants Syntronic AB and Syntronic Research and Development USA Inc.*

| | |
|---|---|
| DATED: November 9, 2022 | By: */s/ Chao "Wendy" Wang* <br> Chao "Wendy" Wang <br> WWang@perkinscoie.com <br> Perkins Coie LLP <br> 3150 Porter Drive <br> Palo Alto, CA 94304 <br> Telephone: 650-838-4315 <br> Facsimile: 650-838-4350 <br><br> Matthew C. Bernstein <br> MBerstein@perkinscoie.com <br> Miguel J. Bombach <br> MBombach@perkinscoie.com <br> Perkins Coie LLP <br> 11452 El Camino Real, Suite 300 <br> San Diego, CA 92130-2080 <br> Telephone: 858-720-5700 <br><br> *Attorneys for Defendant Syntronic (Beijing) Technology R&D Center Co., LTD.* |